**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Mattie B., Appellant,

In the interest of a minor under the age of 18.

Appellate Case No. 2012-206506

---

Appeal From Oconee County
Harry L. Phillips, Jr., Family Court Judge

---

Unpublished Opinion No. 2012-UP-396
Submitted June 1, 2012 – Filed June 27, 2012

---

**AFFIRMED**

---

Ann Marie Sullivan, of Merrell & Jahn, PA, of Seneca, for Appellant.

Kimberly Renae Welchel, of Walhalla, for Respondent.

---

**PER CURIAM:** Mattie B. appeals the family court's order terminating parental rights to her minor child. Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291

S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm[1] the family court's ruling.

**AFFIRMED.**

**WILLIAMS, THOMAS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.